# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159962(44)

NICOLE McLEAN, Personal Representative
of the ESTATE OF LINDA YORK,
      Plaintiff-Appellant,

v

BERGER REALTY GROUP, INC.,
      Defendant-Appellee.

_____/

SC: 159962
COA: 341603
Wayne CC: 16-008774-NO

On order of the Chief Justice, the motion to substitute Nicole McLean, Personal Representative of the Estate of Linda York, as the named plaintiff-appellant is GRANTED.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2019



Clerk